FILED
2006 SEP -7 PM 1:57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYONG HWAN JOO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 05-03775 JCS<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD<br>NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　Plaintiff filed the complaint on September 19, 2005, pursuant to 42 U.S.C. 405(g), for Court review of a denial of Social Security benefits. Defendant was served on October 28, 2005, and filed the Answer to Plaintiff's complaint on January 20, 2006. Civil Local Rule 16-5 states: "Within 30 days of receipt of defendant's answer, plaintiff must file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56." As of the date of this Order, Plaintiff has not filed a Motion for Summary Judgment.

　　　Based on the Court's review of the file in this matter,

　　　IT IS HEREBY ORDERED that, no later than October 1, 2006, Plaintiff shall file a declaration showing cause why this action should not be dismissed for failure to prosecute.

DATED: 9/7/06

JOSEPH C. SPERO
United States Magistrate Judge